UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH YOUNG,<br><br>          Plaintiff,<br><br>    v.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>          Defendants. | Case No. 24-cv-01380-LJC<br>*Also filed in Case No. 24-cv-01223-TLT*<br><br>**SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Plaintiff Joseph Young in Case No. 24-cv-01380 listed Case No. 24-cv-01223 as related on his civil cover sheet (ECF No. 1-1). Both cases are putative class actions that appear to assert overlapping claims against the same defendants. Case No. 24-cv-01380 is therefore REFERRED sua sponte to the Honorable Trina L. Thompson to determine whether it is related to Case No. 24-cv-01348. *See* Civ. L.R. 3-12(c). Any party may file a response supporting or opposing finding the cases related no later than March 18, 2024. *See* Civ. L.R. 3-12(c), 3-12(e), 7-11(b).

**IT IS SO ORDERED.**

Dated: March 12, 2024

LISA J. CISNEROS
United States Magistrate Judge