UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCIRA ROCHA,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>  Defendants. | Case No.  3:24-cv-01468-JD<br><br>**JUDICIAL REFERRAL TO DETERMINE CASE RELATION** |

The Court refers this case to the Honorable Trina L. Thompson to determine whether it is related to *Gonzales v. Wells Fargo & Company*, 24-cv-01223-TLT.  Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated:  April 2, 2024

_____
JAMES DONATO
United States District Judge