Thomas A. Zimmerman, Jr.*
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Telephone: (312) 440-0020
Facsimile: (312) 440-4180
*tom@attorneyzim.com*

*Admitted Pro Hac Vice*

Additional counsel listed on signature page

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE WELLS FARGO UNAUTHORIZED PRODUCTS LITIGATION | Case No. 3:24-cv-01223-TLT<br><br>[Consolidated with Case No.: 24-cv-01348-TLT; 24-cv-01380; 24-cv-01468-JD; 24-cv-01496-MMC; 24-cv-01883-AGT]<br><br>Judge Trina L. Thompson<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO RELATE AND CONSOLIDATE**<br><br>Date: May 14, 2024<br>Time: 2:00 pm<br>Location: Courtroom 9 - 19th Floor |
|---|---|

Having considered the Plaintiff's Unopposed Motion to Relate and Consolidate, the Court hereby rules as follows:

The Court orders that the following case is related and consolidated with *In re Wells Fargo Unauthorized Products Litigation*, Case No. 3:24-cv-01223-TLT:

*Bishop v. Wells Fargo & Company, et al.*, Case No. 3:24-cv-02269-RFL.

All further filings in these matters shall be under the lead case number and filed under the caption "*In re Wells Fargo Unauthorized Products Litigation.*"

**IT IS SO ORDERED.**

Dated:  May 1, 2024

_____
HON. TRINA L. THOMPSON
UNITED STATES DISTRICT JUDGE