UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE WELLS FARGO
UNAUTHORIZED PRODUCTS
LITIGATION

Case No. 24-cv-01223-TLT

**JUDGMENT**

Re: ECF 167

On April 16, 2025, the Court granted Defendants' motion for dismiss for all claims with prejudice. ECF 167. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendants and against Plaintiffs. The Clerk of Court has closed the file in this matter. [1]

**IT IS SO ORDERED.**

Dated: April 16, 2025

TRINA L. THOMPSON
United States District Judge

---

[1] This action is the consolidation of the following cases, which have also been closed: (1) *Huber et al v. Wells Fargo & Company et al*, 3:24-cv-01348; (2) *Young v. Wells Fargo & Company et al*, 3:24-cv-01380; (3) *Rocha v. Wells Fargo & Company et al*, 3:24-cv-01468; (4) *Thomas v. Wells Fargo & Company et al*, 3:24-cv-01496; (5) *Runzel Oberly v. Wells Fargo & Company et al*, 3:24-cv-01883; (6) *Bishop v. Wells Fargo & Company et al*, 3:24-cv-02269; and (7) *Jordan et al v. Wells Fargo & Company et al*, 3:24-cv-01964.

United States District Court
Northern District of California